

# NUMBER 13-19-00392-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RYAN SANDERS AND ALL OCCUPANTS,**            **Appellants,**

**v.**

**STEPHEN W. DEAN,**            **Appellee.**

---

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Perkes

Appellant, Victoria Sanders, appealed a judgment of eviction entered by the County Court at Law No. 5 of Nueces County, Texas. On September 9, 2019, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(1),(2). *See* TEX. R. APP. P. 9.5(e); *id.* R. 25.1(d)(1),(2). The Clerk directed appellant to file an amended notice of appeal with the

district clerk's office within 30 days from the date of that notice.  On September 30, 2019, the Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has not responded to the notice from the Clerk or corrected the defects.

On its own motion, with ten days' notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time.  *See* Tex. R. App. P. 42.3(b), (c).  Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court.  *See id.*

GREGORY T. PERKES
Justice

Delivered and filed the
26th day of November, 2019.